# Order

**Lansing, Michigan**

December 17, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

Rehearing No. 574

140263(22)

IN RE CERTIFIED QUESTION FROM THE
UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MICHIGAN.
_____

KAREN WAESCHLE,
         Plaintiff,

v

SC: 140263
US Dist: 08-10393

OAKLAND COUNTY MEDICAL EXAMINER,
and OAKLAND COUNTY,
         Defendants.
_____

On order of the Court, the motion for rehearing is considered, and it is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

December 17, 2010                          _____
                                                              Clerk